# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ABEINSA HOLDING, INC., et al.,<br><br>    Debtors. | ) Chapter 11<br>) Bk. No. 16-10790(KJC)<br>) BAP No. 19-13<br>)<br>)<br>)<br>) |
| RIOGLASS SOLAR INC.,<br><br>    Appellant,<br><br>v.<br><br>DRIVETRAIN, LLC, as Litigation Trustee<br>of the Trust,<br><br>    Appellee. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 19-408-CFC<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 2nd day of April, 2019, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted. Briefing on this bankruptcy appeal is currently stayed in accordance with this Court's order of March 29, 2019.

                                                                                           _____<br>
                                                                                           United States District Judge